| | |
|---|---|
| FRESNO MSA LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO,<br><br>Defendant. | Case No. 1:21-cv-00717-NONE-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL<br><br>(ECF NO. 7) |

Plaintiff Fresno MSA Limited Partnership filed a notice of voluntary dismissal (ECF No. 7), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendant had not filed an answer or motion for summary judgment.[1] Accordingly, the Clerk of Court is respectfully directed to assign a district judge to this case, for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

Dated:  **July 12, 2021**                    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] The notice does not state whether the dismissal is with or without prejudice. Pursuant to Federal Rule of Federal Procedure 41(a)(1)(B), "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

1